[No. 10474–8–I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED
LIONEL CASILLAS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–00246–0, Lloyd W. Bever, J., entered
June 30, 1981. *Affirmed* by unpublished opinion per Cor-
bett, J., concurred in by Swanson and Scholfield, JJ.

[No. 10946–4–I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. SIDNEY
HARRISON BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–03169–9, David W. Soukup, J., entered
October 8, 1980. *Reversed* by unpublished opinion per
Swanson, J., concurred in by Andersen, C.J., and Williams,
J.

[No. 12212–6–I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ERCLE
JAMES TERRELL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–8–02175–1, Peter K. Steere, J., entered
August 10, 1982. *Affirmed* by unpublished per curiam opin-
ion.

[No. 10485–3–I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOEL
JAMES BEARDSLEE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–00967–7, W. R. Cole, J., entered June 24,
1982. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Corbett and Scholfield, JJ.